IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JORGE LOZANO § | |
| § | |
| VS. § | C.A. NO. 3:13-cv-00181 |
| § | |
| ODFJELL (UK) LIMITED AND § | |
| CONTI 172 SCHIFFARTS GMBH § | |
| & CO. § | FRCP 9(h) – ADMIRALTY |

## AGREED ORDER OF DISMISSAL

This day came on to be heard the above entitled and numbered cause wherein Jorge Lozano is Plaintiff and Odfjell (UK) Limited and Conti 172 Schiffarts GMBH & Co. are Defendants, when came the Plaintiff by his attorney, A. Craig Eiland of The Law Offices of A. Craig Eiland, P.C. and came the Defendant Odfjell (UK) Limited by its attorney, Robert L. Klawetter of Eastham, Watson, Dale & Forney, L.L.P., and Defendant Conti 172 Schiffarts GMBH & Co. by its attorney, James R. Watkins of Royston, Rayzor, Vickery & Williams, L.L.P., and the parties announced to the Court that all of the claims, demands and issues which have or might have been asserted by Plaintiff against Defendants in the pleadings filed herein have been fully compromised and settled, and that the Plaintiff for valuable consideration received, has executed and delivered a Release and Indemnity Agreement to Defendants in full settlement of all claims herein made by Plaintiff, and now on motion of the parties hereto that Plaintiff's cause of action against Defendants Odfjell

(UK) Limited and Conti 172 Schiffarts GMBH & Co. be dismissed with prejudice, it is accordingly:

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiff, Jorge Lozano, take nothing by this suit against Defendants Odfjell (UK) Limited and Conti 172 Schiffarts GMBH & Co. herein, and that the Plaintiff's suit be, and the same is hereby, dismissed with prejudice with each party to bear its own taxable costs of Court.

**DONE AND ENTERED** in Texas, this 17th day of July, 2014.

_____
JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

*/s/ A. Craig Eiland* \*
A. Craig Eiland
State Bar No. 06502380
Bret Stanley
State Bar No. 24075116
The Law Office of A. Craig Eiland, PC
Old Galveston Square
2211 The Strand, Suite 201
Galveston, Texas 77550

Attorney-in-Charge for Plaintiff,
Jorge Lozano


*/s/ Robert L. Klawetter*
Robert L. Klawetter
State Bar No. 11554700
Eastham, Watson, Dale & Forney, L.L.P.
Niels Esperson Building
808 Travis Street, Suite 1300
Houston, Texas 77002

Attorney-in-Charge for Defendant,
Odfjell (UK) Limited


*/s/ James R. Watkins* \*
James R. Watkins
State Bar No. 20926500
Royston, Rayzor, Vickery, & Williams LLP
The Hunter Building
306 22nd Street, Suite 301
Galveston, Texas 77550

Attorney-in-Charge for Defendant,
Conti 172 Schiffarts GMBH

**\*Signed by permission**